DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JORGE PADILLA-CEBALLOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JORGE PADILLA-CEBALLOS, <br><br> Defendant. | No. 1:09-cr-0137 OWW <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER <br><br> Date : June 29, 2009 <br> Time: 9:00 a.m. <br> Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above captioned matter now set for June 22, 2009, **may be continued to June 29, 2009, at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for defense investigation and further plea negotiation prior to hearing. The requested continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                LAWRENCE G. BROWN
Acting United States Attorney

DATED: June 18, 2009                 /s/ Ian Garriques
IAN GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: June 18, 2009                 /s/ Marc Days
MARC DAYS
Assistant Federal Defender
Attorney for Defendant
Jorge Padilla-Ceballos

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:**  **June 18, 2009**                  **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE