1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC DAYS, Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JORGE PADILLA-CEBALLOS

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )   No. 1:09-cr-0137 OWW
                                   )
12         *Plaintiff,*             )   STIPULATION TO CONTINUE MOTIONS
                                   )   HEARING; ORDER
13      v.                         )
                                   )
14 JORGE PADILLA-CEBALLOS,         )   Date : September 21, 2009
                                   )   Time: 9:00 a.m.
15         *Defendant.*             )   Judge: Hon. Oliver W. Wanger
   _____)

16

17     **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

18 attorneys of record herein, that the motions hearing in the above captioned matter now set for

19 September 8, 2009, **may be continued to September 21, 2009, at 9:00 a.m.**

20     This continuance is requested by counsel for the defendant to allow additional time for defense

21 investigation and preparation and for further plea negotiation prior to hearing. The requested continuance

22 will conserve time and resources for both counsel and the court.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for further defense
3  preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

LAWRENCE G. BROWN
United States Attorney

DATED:  September 3, 2009        /s/ Ian Garriques
IAN GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED:  September 3, 2009        /s/  Marc Days
MARC DAYS
Assistant Federal Defender
Attorney for Defendant
Jorge Padilla-Ceballos

IT IS SO ORDERED.

**Dated:   September 3, 2009**         /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE