1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC DAYS, Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JORGE PADILLA-CEBALLOS

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      ) No. 1:09-cr-0137 OWW
                                    )
12 |         *Plaintiff,*           ) STIPULATION TO CONTINUE MOTIONS
                                    ) HEARING; ORDER
13 |    v.                          )
                                    )
14 | JORGE PADILLA-CEBALLOS,        ) Date : November 16, 2009
                                    ) Time:  9:00 a.m.
15 |         *Defendant.*           ) Judge: Hon. Oliver W. Wanger
   |_____)

16

17         **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

18 attorneys of record herein, that the motions hearing in the above captioned matter now set for October 19,

19 2009, **may be continued to November 16, 2009, at 9:00 a.m.**

20         This continuance is requested by counsel for the defendant.  The government anticipates providing

21 defense counsel with recordings and deportation proceedings.  Counsel for defendant requests additional

22 time to receive, transcribe, and review the hearings.  The requested continuance will conserve time and

23 resources for both counsel and the court.

24 ///

25 ///

26 ///

27 ///

28 ///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for further defense
3  preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                LAWRENCE G. BROWN
                                                United States Attorney

DATED: October 15, 2009            /s/ Ian Garriques
                                                IAN GARRIQUES
                                               Assistant United States Attorney
                                               Attorney for Plaintiff

                                               DANIEL J. BRODERICK
                                               Federal Defender

DATED: October 15, 2009            /s/ Marc Days
                                               MARC DAYS
                                               Assistant Federal Defender
                                               Attorney for Defendant
                                               Jorge Padilla-Ceballos

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   October 15, 2009**                    /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE