DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JORGE PADILLA-CEBALLOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　*Plaintiff,*<br><br>　v.<br><br>JORGE PADILLA-CEBALLOS,<br><br>　　　*Defendant.* | No. 1:09-cr-0137 OWW<br><br>STIPULATION TO CONTINUE TRIAL SCHEDULE AND TRIAL DATE; ORDER<br><br>**Trial Confirmation**:<br>　Date:　May 3, 2010<br>　Time:　9:00 A.M.<br>**Trial**:<br>　Date:　May 25, 2010<br>　Time:　9:00 A.M.<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new trial schedule be set as follows:

| Event: | Present Date: | Requested New Date: |
|---|---|---|
| Motions In Limine Due | March 5, 2010 | April 12, 2010 |
| Responses to Motions in Limine | March 11, 2010 | April 26, 2010 |
| Trial Confirmation Hearing: | March 15, 2010 | May 3, 2010 - 9:00 A.M. |
| Trial | April 6, 2010 | May 25, 2010 - 9:00 A.M. |

The grounds for the continuance are further defense preparation and investigation, to allow the parties time for negotiation and to accommodate the parties' schedules. The requested continuance will conserve time and resources for all parties and the court.

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for further defense
3  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED:  February 1, 2010          /s/ Ian Garriques
IAN GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender


DATED:  February 1, 2010          /s/  Marc Days
MARC DAYS
Assistant Federal Defender
Attorney for Defendant
Jorge Padilla-Ceballos


**O R D E R**

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C.
§§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   February 3, 2010**          /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Trial Schedule
and Trial Date; [Proposed] Order                2