BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4025

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 1:09-CR-00137 OWW |
| Plaintiff, | |
| v. | ORDER RE: GOVERNMENT MOTIONS IN LIMINE |
| JORGE PADILLA-CEBALLOS<br>  aka Jorge Padilla-Caballo<br>  aka Jorge Padilla-Ceballo, | |
| Defendant. | |

The Court heard and considered motions in limine in this case on May 17, 2010. After considering the parties' briefs and argument, the Court made the following rulings with respect to the government's motions in limines (numbered 1 through 10), filed on April 12, 2010. See C.R. 27. The Court's rulings are incorporated into the record as follows:

1. Motion to Admit Documents from Defendant's A-file. The parties disagree on how the Court ruled on this motion. The government recalls the Court ruling that the government could admit documents from defendant's A-file, e.g., notices to appear, orders of removal, and warrants of deportation, as certified

1

copies of public records.  Defendant recalls the Court ruling that additional foundation would be necessary for admission.  As to the records of sworn statements, the government intends to lay additional foundation by the agents who took the statements.

2. Motion to Impeach Defendant with Prior Convictions. **GRANTED IN PART**.  The Court limited the government to using defendant's 2009 felony grand theft conviction for impeachment if defendant testifies.

3. Motion to Exclude Evidence that Defendant Believed He Had Permission to Reenter the United States.  **GRANTED**.

4. Motion to Exclude References as to Why Defendant Reentered the United States.  **GRANTED**.

5. Motion to Exclude References as to Prior U.S. Residency by Defendant.  **GRANTED**.

6. Motion to Exclude References as to Defendant's Health, Age, Finances, Education, and Potential Punishment.  **GRANTED**.

7. Motion to Exclude Legally Insufficient Evidence of Duress/Necessity.  **GRANTED**.

8. Motion to Exclude Legally Insufficient Evidence of Derivative Citizenship.  **GRANTED**.

9. Motion to Preclude Defendant from Arguing Permission to Reenter Based Upon the Warning to Alien Deported.  **GRANTED**.

10. Motion to Allow an Immigration Officer, as the A-file Custodian, to Testify to the Contents of the A-file, Record-Keeping Procedures, and Meaning of Certain Documents.  **GRANTED**.

IT IS SO ORDERED.

**Dated:    May 26, 2010**            /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE