```
BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA 93721
Tel: (559) 497-4000
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No. 1:09-cr-00137 OWW |
|                           )  | |
|           Plaintiff,      )  | STIPULATION TO CONTINUE |
|                           )  | SENTENCING; ORDER |
|                           )  | |
|      v.                   )  | |
|                           )  | Date: August 23, 2010 |
| JORGE PADILLA-CEBALLOS,   )  | Time: 9:00 a.m. |
|                           )  | Judge: Hon. Oliver W. Wanger |
|           Defendant.      )  | |
| _____  )  | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that **the sentencing hearing now set for August 9, 2010, may be continued to August 23, 2010, at 9:00 a.m.**

The reason for the continuance is to allow time for additional case preparation and availability of counsel for the sentencing hearing. The requested continuance will conserve time

///
///
///
///
///

and resources for the parties and the Court.

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: June 21, 2010          By:   /s/ Ian L. Garriques
                                    IAN L. GARRIQUES
                                    Assistant U.S. Attorney


                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated: June 21, 2010          By:   /s/ Marc J. Days
                                    MARC J. DAYS
                                    Attorney for Defendant
```

IT IS SO ORDERED.

**Dated:   June 22, 2010**                    **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE