DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JORGE PADILLA-CEBALLOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:09-cr-00137 OWW |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING |
| | ) | HEARING;  ORDER |
| v. | ) | |
| | ) | |
| JORGE PADILLA-CEBALLOS, | ) | Date:   September 13, 2010 |
| | ) | Time:   9:00 A.M. |
| Defendant. | ) | Honorable Oliver W. Wanger |
| | ) | |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above captioned matter now set for August 23, 2010, **may be continued to September 13, 2010, at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for defense preparation prior to hearing.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice will be served by a continuance.

                                      BENJAMIN B. WAGNER  
                                      United States Attorney

DATED: August 11, 2010        /s/ Ian Garriques  
                                        IAN GARRIQUES  
                                        Assistant United States Attorney  
                                        Attorney for Plaintiff

                                        DANIEL J. BRODERICK  
                                        Federal Defender

DATED: August 11, 2010        /s/  Marc Days  
                                        MARC DAYS  
                                        Assistant Federal Defender  
                                        Attorney for Defendant  
                                        Jorge Padilla-Ceballos

## O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)

IT IS SO ORDERED.

**Dated:    August 12, 2010**            /s/ Oliver W. Wanger  
                                        UNITED STATES DISTRICT JUDGE