| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
|   | Federal Defender |
| 2 | MARC DAYS, Bar #184098 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
|   | Telephone: (559) 487-5561 |
| 5 | |
|   | Attorney for Defendant |
| 6 | JORGE PADILLA-CEBALLOS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:09-cr-00137 OWW |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE SENTENCING |
|   | ) HEARING; ORDER |
| v. | ) |
| JORGE PADILLA-CEBALLOS, | ) Date: October 18, 2010 |
|   | ) Time: 9:00 A.M. |
| Defendant. | ) Honorable Oliver W. Wanger |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above captioned matter now set for September 13, 2010, **may be continued to October 18, 2010, at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for defense preparation prior to hearing and because, due to a family emergency, counsel may not be in his office on September 13, 2010, the date now set for hearing. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

1   As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

2                                                   BENJAMIN B. WAGNER
                                                    United States Attorney
3

4   DATED:  September 8, 2010            /s/ Ian Garriques
                                                    IAN GARRIQUES
5                                                   Assistant United States Attorney
                                                    Attorney for Plaintiff
6

7                                                   DANIEL J. BRODERICK
                                                    Federal Defender
8

9   DATED:  September 8, 2010            /s/  Marc Days
                                                    MARC DAYS
10                                                  Assistant Federal Defender
                                                    Attorney for Defendant
11                                                  Jorge Padilla-Ceballos

12

13                                  **O R D E R**

14   **IT IS SO ORDERED.**  Sentencing in the above-referenced matter is hereby continued to

15   October 18, 2010, at 9:00 A.M.

22   IT IS SO ORDERED.

23   **Dated:    September 10, 2010**            /s/ Oliver W. Wanger
                                                    UNITED STATES DISTRICT JUDGE