DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JORGE PADILLA-CEBALLOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> JORGE PADILLA-CEBALLOS, <br><br> *Defendant* | No. 1:09-cr-00137 OWW <br><br> STIPULATION TO CONTINUE SENTENCING HEARING; ORDER <br><br> Date:  November 15, 2010 <br> Time:  9:00 A.M. <br> Honorable Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above captioned matter now set for October 18, 2010, **may be continued to November 15, 2010, at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for defense investigation and preparation prior to hearing.  The requested continuance will conserve time and resources for both counsel and the court.

As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

///

///

///

///

///

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATED:  October 14, 2010            /s/ Ian Garriques
                                    IAN GARRIQUES
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


                                    DANIEL J. BRODERICK
                                    Federal Defender


DATED:  October 14, 2010            /s/  Marc Days
                                    MARC DAYS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    Jorge Padilla-Ceballos
```

# O R D E R

**IT IS SO ORDERED.** Sentencing in the above-referenced matter is hereby continued to November 15, 2010, at 9:00 A.M.

```
Date: October 15, 2010              /s/ Oliver W. Wanger
                                    Oliver W. Wanger
                                    United States District Judge
```

Stipulation to Continue Sentencing Hearing; Order

2