1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC DAYS, Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JORGE PADILLA-CEBALLOS

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. 1:09-cr-00137 OWW
                                    )
12         Plaintiff,                )   STIPULATION TO CONTINUE SENTENCING
                                    )   HEARING; ORDER
13    v.                             )
                                    )
14 JORGE PADILLA-CEBALLOS,          )   Date:  January 10, 2011
                                    )   Time:  9:00 A.M.
15         Defendant                 )   Honorable Oliver W. Wanger
   _____  )

16

17

18     **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

19 attorneys of record herein, that the sentencing hearing in the above captioned matter now set for

20 November 15, 2010, **may be continued to January 10, 2011 at 9:00 a.m.**

21     This continuance is requested by counsel for the defendant to allow additional time for defense

22 investigation and preparation prior to hearing.  The requested continuance will conserve time and

23 resources for both counsel and the court.

24 ///

25 ///

26 ///

27 ///

28 ///

1 | As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: November 9, 2010         /s/ Ian Garriques
                                IAN GARRIQUES
                                Assistant United States Attorney
                                Attorney for Plaintiff


                                DANIEL J. BRODERICK
                                Federal Defender


DATED: November 9, 2010         /s/ Marc Days
                                MARC DAYS
                                Assistant Federal Defender
                                Attorney for Defendant
                                Jorge Padilla-Ceballos


**O R D E R**

**IT IS SO ORDERED.**  Sentencing in the above-referenced matter is hereby continued to January 10, 2011, at 9:00 A.M.

IT IS SO ORDERED.

**Dated:   November 9, 2010**              /s/ Oliver W. Wanger
                                UNITED STATES DISTRICT JUDGE

Stipulation to Continue Sentencing
Hearing; Order                           2