1  BENJAMIN B. WAGNER
   United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, CA 93721
   Tel: (559) 497-4000
5

6

7

8             UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) Case No. 1:09-cr-00137 OWW
                                )
12           Plaintiff,         ) STIPULATION TO CONTINUE
                                ) SENTENCING; ORDER
13                              )
        v.                      )
14                              ) Date:  January 24, 2011
   JORGE PADILLA-CEBALLOS,      ) Time:  9:00 a.m.
15                              ) Judge: Hon. Oliver W. Wanger
             Defendant.         )
16 _____)

17      **IT IS HEREBY STIPULATED** by and between the parties hereto,

18 and through their respective attorneys of record herein, **that the**

19 **sentencing hearing now set for January 10, 2011, may be continued**

20 **to January 24, 2011, at 9:00 a.m.**

21      The reason for the continuance is to allow time for

22 additional case preparation and availability of counsel for the

23 sentencing hearing.  The requested continuance will conserve time

24 ///

25 ///

26 ///

27 ///

28 ///

and resources for the parties and the Court.

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: December 17, 2010       By:      /s/ Ian L. Garriques
                                        IAN L. GARRIQUES
                                        Assistant U.S. Attorney


                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: December 17, 2010       By:      /s/ Marc J. Days
                                        MARC J. DAYS
                                        Attorney for Defendant
```

**O R D E R**

IT IS SO ORDERED.

**Dated:   December 17, 2010**              /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE