1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC DAYS, Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JORGE PADILLA-CEBALLOS

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. 1:09-cr-00137 OWW
                                       )
12            *Plaintiff,*             )   STIPULATION TO CONTINUE SENTENCING
                                       )   HEARING; ORDER
13      v.                             )
                                       )
14  JORGE PADILLA-CEBALLOS,            )   Date:   February 14, 2011
                                       )   Time:   9:00 A.M.
15            *Defendant*              )   Honorable Oliver W. Wanger
                                       )
16  _____    )

17

18       **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

19  attorneys of record herein, that the sentencing hearing in the above captioned matter now set for

20  January 24, 2011, **may be continued to February 14, 2011 at 9:00 a.m.**

21       This continuance is requested by counsel for the defendant to allow additional time for defense

22  preparation prior to hearing.  The requested continuance will conserve time and resources for both counsel

23  and the court.  AUSA Garriques has no objection to this request.

24  ///

25  ///

26  ///

27  ///

28  ///

1    As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

2                                                  Respectfully submitted,

3                                                  BENJAMIN B. WAGNER
                                                   United States Attorney
4

5    DATED:  January 19, 2011                      /s/ Ian Garriques
                                                   IAN GARRIQUES
6                                                  Assistant United States Attorney
                                                   Attorney for Plaintiff
7

8                                                  DANIEL J. BRODERICK
                                                   Federal Defender
9

10   DATED:  January 19, 2011                      /s/  Marc Days
                                                   MARC DAYS
11                                                 Assistant Federal Defender
                                                   Attorney for Defendant
12                                                 Jorge Padilla-Ceballos

13

14

15                                  **O R D E R**

16        **IT IS SO ORDERED.**  Sentencing in the above-referenced matter is hereby continued to

17   February 14, 2011, at 9:00 A.M.

18

19        DATED: January 20, 2011

20                                                 /s/ OLIVER W. WANGER
                                                   United States District Court
21

22

23

24

25

26

27

28

Stipulation to Continue Sentencing
Hearing; Order                                     2