1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC DAYS, Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JORGE PADILLA-CEBALLOS

7

8                 IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   No. 1:09-cr-00137 OWW
                                      )
12          Plaintiff,                )   STIPULATION TO CONTINUE SENTENCING
                                      )   HEARING; ORDER
13    v.                              )
                                      )
14 JORGE PADILLA-CEBALLOS,            )   Date:  March 7, 2011
                                      )   Time:  9:00 A.M.
15          Defendant                 )   Honorable Oliver W. Wanger
   _____)
16

17

18       **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

19 attorneys of record herein, that the sentencing hearing in the above captioned matter now set for

20 February 14, 2011, **may be continued to March 7, 2011 at 9:00 a.m.**

21       This continuance is requested by counsel for the defendant to allow additional time for defense

22 preparation prior to hearing.  The requested continuance will conserve time and resources for both counsel

23 and the court.  AUSA Garriques has no objection to this request.

24 ///

25 ///

26 ///

27 ///

28 ///

As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

                              Respectfully submitted,

                              BENJAMIN B. WAGNER
                              United States Attorney

DATED: February 10, 2011        /s/ Ian Garriques
                              IAN GARRIQUES
                              Assistant United States Attorney
                              Attorney for Plaintiff


                              DANIEL J. BRODERICK
                              Federal Defender

DATED: February 10, 2011        /s/ Marc Days
                              MARC DAYS
                              Assistant Federal Defender
                              Attorney for Defendant
                              Jorge Padilla-Ceballos

## **O R D E R**

**IT IS SO ORDERED.** Sentencing in the above-referenced matter is hereby continued to March 7, 2011, at 9:00 A.M.


DATED: February 10, 2011

                              /s/ OLIVER W. WANGER
                              United States District Court Judge