```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  IAN L. GARRIQUES
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5
    Attorneys for the
 6  United States of America
 7
 8                   UNITED STATES DISTRICT COURT
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   ) Case No. 1:09-cr-00137 OWW
                                )
12              Plaintiff,      ) STIPULATION TO CONTINUE
                                ) SENTENCING; ORDER
13                              )
            v.                  )
14                              ) Date: May 16, 2011
    JORGE PADILLA-CEBALLOS,     ) Time: 9:00 a.m.
15                              ) Judge: Hon. Oliver W. Wanger
                Defendant.      )
16  _____)
```

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, **that the sentencing hearing now set for April 11, 2011, may be continued to May 16, 2011, at 9:00 a.m.**

The reason for the continuance is to allow for additional case preparation, sentencing negotiations, and time for the government to respond to defendant's sentencing objections. The government shall file any response to defendant's sentencing objections on or before May 9, 2011. The requested continuance will conserve time and resources for the parties and the Court. As this is a sentencing hearing, no exclusion of time is

///

necessary under the Speedy Trial Act.

```
                                BENJAMIN B. WAGNER
                                United States Attorney

Dated: April 6, 2011       By:  /s/ Ian L. Garriques
                                IAN L. GARRIQUES
                                Assistant U.S. Attorney


                                DANIEL J. BRODERICK
                                Federal Defender

Dated: April 6, 2011       By:  /s/ Marc J. Days
                                MARC J. DAYS
                                Attorney for Defendant
```

**O R D E R**

IT IS SO ORDERED.

**Dated:   April 7, 2011**               **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE