```
BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:09-cr-00137 OWW |
| Plaintiff, | STIPULATION TO ADVANCE SENTENCING; ORDER |
| v. | |
| JORGE PADILLA-CEBALLOS, | Date: May 2, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Oliver W. Wanger |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, **that the sentencing hearing now set for May 16, 2011, may be advanced to May 2, 2011, at 9:00 a.m.**

The reason for the advancement is that the parties have reached an agreement (C.R. 65) as to an appropriate sentence in

///
///
///
///
///
///

this case and would like to proceed with sentencing on May 2.

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: April 28, 2011          By:    /s/ Ian L. Garriques
                                      IAN L. GARRIQUES
                                      Assistant U.S. Attorney



                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: April 28, 2011          By:    /s/ Marc J. Days
                                      MARC J. DAYS
                                      Attorney for Defendant
```

**O R D E R**

IT IS SO ORDERED.

**Dated:   April 29, 2011**                      /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE